IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAYMOND JORDAN                                                                           PLAINTIFF

v.                                            Civil No. 6:11-cv-06076

AUSTIN HOTEL                                                                             DEFENDANT

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On October 7, 2011, Plaintiff filed a Complaint alleging discrimination due to his race. ECF No. 1. Because this Court needed additional information about his claims, this Court propounded a questionnaire to Plaintiff. ECF No. 5. Plaintiff was required to complete, sign, and return that questionnaire on or before November 21, 2011. Plaintiff did not respond by November 21, 2011. Plaintiff was also advised in that Order that his **"failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order."** Because Plaintiff did not comply with this Order, this Court recommends Plaintiff's case be dismissed for failure to comply with a court order and for failure to prosecute this action.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 2nd day of December, 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE