IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAYMOND JORDAN                                                                                          PLAINTIFF

vs.                                       Civil No. 6:11-cv-06076

AUSTIN HOTEL                                                                                          DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed on December 2, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6.  Judge Bryant recommends Plaintiff's case be **DISMISSED** for failure to follow the Court's orders.  The Parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto* and dismisses Plaintiff's Complaint without prejudice.

**IT IS SO ORDERED, this 25th day of January, 2012.**

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE